IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FLOWERS BAKERIES BRANDS,
INC.,

    Plaintiff,

     v.

INTERSTATE BAKERIES
CORPORATION,

    Defendant.

CIVIL ACTION FILE
NO. 1:08-CV-2376-TWT

## ORDER

This is a trademark infringement action. It is before the Court on the Defendant's Motion to Compel Discovery [Doc. 83]. It appears that the Defendant has already obtained the substance of the information that it seeks in the motion and that further disclosure would involve privileged attorney-client communications. The Defendant's Motion to Compel Discovery [Doc. 83] is DENIED.

SO ORDERED, this 12 day of August, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\08\Flowers Bakeries\compel.wpd