# EXHIBIT A



LEO J. SHAPIRO & ASSOCIATES LLC.

**<u>FLOWERS BAKERIES BRANDS, INC.</u>**

**<u>VS.</u>**

**<u>INTERSTATE BAKERIES CORPORATION</u>**

**SUPPLEMENTAL REPORT OF PHILIP JOHNSON**

October 2009

# SUPPLEMENTAL REPORT OF PHILIP JOHNSON

I, Philip Johnson, state as follows:

1.      I am Chief Executive Officer of Leo J. Shapiro and Associates, Inc., a Chicago-based market research and consulting firm that conducts surveys.

2.      I am the same Philip Johnson who designed and conducted the study described in the report, *"Flowers Bakeries Brands, Inc. vs. Interstate Bakeries Corporation; A Study of Likelihood of Confusion,"* dated July 30, 2009.

3.      During my deposition on September 16, 2009, opposing counsel raised a number of issues regarding the design of my original study.   Many of these issues focused on the "Eveready Survey" that I conducted in June of this year.

4.      It is my understanding from deposition questioning that opposing counsel's criticisms regarding my Eveready Survey include:

- The markets employed in the Eveready Survey were allegedly not representative of the "older markets" where Nature's Own may have a more established reputation.[1]

---

[1] Even though my Eveready Survey includes both older and newer Flowers markets (see Original Report).  As stated in the Original Report, markets in the original Eveready Survey were selected because they are markets where Nature's Own products were currently sold, but where Nature's Pride and Natural Ovens products had not been sold.

- The primary question concerning the source of the packaged bread product shown to respondents employed a "full filter" construction which opposing counsel suggested may introduce a bias by "limiting" responses.

- The survey did not include a question regarding relationship, sponsorship, or affiliation between the source of the bread and any other company which opposing counsel suggested was of importance.

5. While I continue to believe that the survey I designed and conducted was not flawed in any way, I have revised my original Eveready Survey methodology in response to opposing counsel's comments and issues and undertook a second Eveready Survey ("Supplemental Eveready Survey") to address the criticisms.

6. The Supplemental Eveready Survey was conducted with approximately 200 bread purchasers in four of the "older, established markets" where Nature's Own bread is currently sold. Specifically, the interviews were conducted in shopping mall research facilities located in Jacksonville, FL; Fort Smith, AR; Raleigh, NC; and Nashville, TN.

7. In addition, Question 2 was modified to address opposing counsel's comments regarding the full filter construction, and a new question (Question 4a-c) was added that measures consumer belief about a potential relationship, sponsorship, or affiliation between the source of the bread and any other company. A copy of the Supplemental Eveready questionnaire is attached to Appendix A of this report.

8.    LJS retained independent survey research firms to conduct the Supplemental Eveready survey. The survey was "double blind" where neither the respondents nor the interviewers conducting the study were aware of the purpose of the research or the identity of the party who commissioned it.

9.    LJS is currently coding and tabulating the survey results.  Based on preliminary results, the revisions that were incorporated in to the Supplemental Eveready Survey design to address opposing counsel's comments and criticisms result in no material difference in the results that would change the conclusions stated in my original July 30th report. Namely, the Supplemental Eveready Survey supports the findings and conclusions of the original Eveready Survey.

10.   I reserve the right to, and will, supplement my opinions set forth herein once coding and tabulation of the survey data is completed.

Pursuant to 28 U.S.C., Section 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 7, 2009 at Chicago, Illinois.

Philip Johnson

**<u>APPENDIX A</u>**

- Supplemental Eveready Questionnaire

## SUPPLEMENTAL EVEREADY QUESTIONNAIRE

Hello, my name is _____.  I work for Survey Center, and we are doing an opinion study.  Let me assure you that we are not selling anything.  This is strictly for research purposes only.  Before we begin, I would like you to know that your answers and identity will be kept strictly confidential.

<u>**SCREEN:**</u>

I.     Before we begin, what is your age?  **RECORD AGE:** _____

    ( ) UNDER 18 YEARS…**TALLY AND TERMINATE.**

    ( ) BETWEEN 18 AND 34 YEARS…**CHECK SCREENING QUOTAS AND CONTINUE.**

    ( ) BETWEEN 35 AND 54 YEARS…**CHECK SCREENING QUOTAS AND CONTINUE.**

    ( ) 55 YEARS AND OLDER…**CHECK SCREENING QUOTAS AND CONTINUE.**

II.    **RECORD GENDER FROM OBSERVATION:**

    ( ) MALE…**CHECK SCREENING QUOTAS AND CONTINUE.**

    ( ) FEMALE…**CHECK SCREENING QUOTAS AND CONTINUE.**

IIIa.  Are you the primary food shopper for your household?

    ( ) NO…**IF NO, TALLY AND TERMINATE.**

    ( ) YES…**IF YES, CONTINUE.**

  b.  Thinking about the next four weeks, do you plan to purchase…**(ASK FOR EACH BELOW)** from a supermarket or grocery store for yourself or your household?

| | | |
|---|---|---|
| …frozen orange juice | ( ) YES | ( ) NO |
| …packaged sliced bread | ( ) YES | ( ) NO…**IF NO, TALLY AND TERMINATE.** |
| …canned soup | ( ) YES | ( ) NO |
| …sliced deli meat | ( ) YES | ( ) NO |

<u>**IN ORDER TO QUALIFY FOR INTERVIEW, THE RESPONDENT MUST BE THE PRIMARY FOOD SHOPPER FOR THEIR HOUSEHOLD AND PLAN TO PURCHASE PACKAGED SLICED BREAD FOR THEMSELF OR THEIR HOUSEHOLD IN THE NEXT FOUR WEEKS.**</u>

IV.    Have you participated in any market research survey in the past three months?

    ( ) NO…**IF NO, CONTINUE.**        ( ) YES…**IF YES, TALLY AND TERMINATE.**

V.     Do you, or does any member of your household, work for…**(ASK FOR EACH)**?

| | | |
|---|---|---|
| …a market research or advertising firm? | ( ) NO | ( ) YES…**IF YES, TALLY AND TERMINATE.** |
| …a manufacturer or retailer of bread or baked goods? | ( ) NO | ( ) YES…**IF YES, TALLY AND TERMINATE.** |
| …a store in this mall? | ( ) NO | ( ) YES…**IF YES, TALLY AND TERMINATE.** |

VIa.  Before we continue, do you usually wear eyeglasses or contact lenses when you shop or read?

( )NO…**IF NO, SKIP TO Q.VII.**                    ( )YES…**IF YES, CONTINUE WITH Q.VIb.**

b.  **IF "YES" IN Q.VIa, ASK:** Before continuing, would you please put them on?

( )NO…**IF NO, TALLY AND TERMINATE.**        ( )YES…**IF YES, CONTINUE.**

VII.  I would like to ask you a few questions in our interviewing facility.  The whole process will take about five minutes of your time.  Would you be willing to help us out?  ( )NO…**IF NO, TALLY AND TERMINATE.**        ( )YES…**IF YES, CONTINUE.**

<u>**QUESTIONNAIRE**</u>

<u>**ESCORT RESPONDENT TO INTERVIEWING FACILITY.  ASK RESPONDENT TO PLEASE BE SEATED.**</u>

<u>**SAY:**</u>  If you don't know the answer to any of the questions, it is okay to say so.  Please do not guess.  **ROTATE WHICH EXHIBIT IS SHOWN IN BETWEEN RESPONDENTS.**

**"X" WHICH EXHIBIT SHOWN:**     ( )GG     ( )MM

1.   **HAND RESPONDENT EXHIBIT, SAY:**  This is a bread product that you may or may not have seen at the grocery store.  Please take a look at this as if you were shopping for bread.  Feel free to comment on anything that strikes you about this, either positively or negatively.  **RECORD SPONTANEOUS COMMENTS.**

_____

_____

_____

_____

<u>**WHEN RESPONDENT IS DONE LOOKING AT EXHIBIT, TAKE BACK EXHIBIT, AND PUT IT OUT OF SIGHT FOR THE REMAINDER OF THE INTERVIEW.**</u>

2a.   Who or what company do you believe makes or puts out the bread that I just showed you, or do you not have a belief?

( )DON'T HAVE A BELIEF...**SKIP TO Q.3a.**

_____

_____

_____

_____

b.   What makes you say that?  **PROBE: Anything else?**

_____

_____

_____

_____

3a.  Do you <u>OR</u> don't you know of any other brand or brands of bread that are made by the same company that makes the particular bread that I showed you?

( )NO, I DON'T KNOW…**SKIP TO Q.4a.**

( )YES, I KNOW…**CONTINUE WITH Q.3b-Q.3c.**

**IF SPONTANEOUS:** ( )DON'T KNOW…**SKIP TO Q.4a.**

b.  **IF SAYS "YES, I KNOW" IN Q.3a, ASK:** What other brand or brands of bread are made by the same company that makes the bread that I showed you? **PROBE:** Any others? **RECORD BELOW.**

c.  What makes you say that?  **PROBE:** Anything else?  **RECORD BELOW.**

| b.  What Brand? | c.  What Makes You Say That? |
| --- | --- |
| | |
| | |
| | |

4a.   Do you believe that whoever makes or puts out the bread I showed you…(ROTATE ORDER

OF FIRST TWO ALTERNATIVES READ)…

( ) IS RELATED TO, SPONSORED BY, OR AFFILIATED WITH ANOTHER COMPANY?...**CONTINUE WITH**

**Q.4b-Q.4c.**

       **OR**

( ) IS NOT RELATED TO, SPONSORED BY, OR AFFILIATED WITH ANOTHER COMPANY?...**SKIP TO**

**"CLASSIFICATION PAGE."**

       **OR**

( ) YOU DON'T KNOW OR HAVE NO OPINION?...**SKIP TO "CLASSIFICATION PAGE."**

b.   **IF SAYS "IS RELATED TO, SPONSORED BY, OR AFFILIATED WITH ANOTHER COMPANY" IN Q.4a,**

**ASK:** What other company? **PROBE:** Any others? **RECORD BELOW.**

 c.   What makes you say that?  **PROBE:** Anything else?  **RECORD BELOW.**

<u>b.  What Company?</u>                    <u>c.  What Makes You Say That?</u>

**CLASSIFICATION PAGE**

In order to be counted as a complete survey, I need to have a phone number where you can be reached if a verifier calls to confirm that you participated in the study.  May I please have a phone number where you can be reached?  This verification call would take less than a minute of your time.

PHONE:( )_____.  Is this your ( )HOME, ( )BUSINESS, or ( )CELL phone?
Thank you.

NAME:_____ADDRESS:_____

CITY/STATE:_____ZIPCODE:_____

INTERVIEWER NAME:_____DATE:_____

FIELD SERVICE:_____MALL:_____

---

**INTERVIEWER CERTIFICATION**

My signature below affirms that I have personally conducted this interview with the above named respondent to the best of my ability and in compliance with the interviewing instructions.  I have recorded, as fully as possible, the respondent's complete answers to the above questions.

SIGNATURE OF INTERVIEWER:_____

PRINTED NAME OF INTERVIEWER:_____

---

**VALIDATION FORM**

Please have the respondent sign or initial this validation section of the questionnaire.
**FOR PURPOSES OF VALIDATION, I AGREE THAT THIS IS A TRUE AND COMPLETE ACCOUNTING OF MY RESPONSES TO THIS PUBLIC OPINION SURVEY.**

NAME OR INITIALS OF RESPONDENT:_____